Jeffrey I. Golden, A Partner of
**WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP**
P.O. Box 2470
Costa Mesa, California 92628-2470
Telephone: (714) 445-1013
Facsimile:  (714) 966-1002

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No. 8:09-bk-16874-RK |
| SHIPPERS INTERSTATE, INC., | Chapter 7 Case |
| | **CHAPTER 7 TRUSTEE'S NOTICE OF INTENT TO ABANDON ASSETS OF THE ESTATE PURSUANT TO 11 U.S.C. § 554(a)** |
| Debtor. | [No Hearing Required Unless Requested] |

TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE; CREDITORS OF DEBTOR'S ESTATE; THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a), Jeffrey I. Golden, the chapter 7 trustee of the bankruptcy estate of Shippers Interstate, Inc., ("Trustee"), intends to and will hereby abandon all interest of the bankruptcy estate in the office equipment and personal property identified in Exhibit "A" attached hereto. (the "Property").

The Trustee has investigated and determined that the Property is burdensome and of inconsequential value or benefit to the estate. Therefore, the Trustee hereby gives notice of intention to abandon the Property identified in Exhibit "A."

1    **PLEASE TAKE FURTHER NOTICE** that if you object to the Trustee's proposed
2 abandonment, in order to comply with the Local Rules, any papers in opposition to the
3 intended abandonment, and a separate request for hearing thereon, must conform to the
4 requirements of Federal Rule of Bankruptcy Procedure 6007 and Local Bankruptcy Rule
5 9013-1(o)(1)(A).

6    **PLEASE TAKE FURTHER NOTICE** that any objections to the abandonment and
7 request for a hearing, if any, must be filed with the Bankruptcy Court for the Central
8 District of California, Santa Ana Division, 411 W. Fourth Street, Santa Ana, California,
9 92701 and served upon the Trustee at the address set forth in the upper left corner of this
10 document and the Office of the United States Trustee within fifteen (15) days from the
11 date of service of this notice. If no request for hearing is timely filed and served, the
12 Trustee will be deemed to have abandoned any interest in the assets identified herein.
13 No additional Court order will be required for the abandonment to be effective.

15 Dated:    JAN - 4 2010

                                  JEFFREY I. GOLDEN
                                  Chapter 7 Trustee

378131.1        2        NOTICE OF INTENT

# EXHIBIT "A"

0.0

## Exhibit A

Shippers Interstate
556 Vanguard, #C, Brea, CA

| Area | Estimated Quantity | Description |
|---|---|---|
| **Warehouse** | | |
| Racking | 12 | 4' x 8' |
| Fork Lifts | 1 | Yale, Used, No ID |
| Manual Fork Lifts | 4 | |
| Pallets | Unknown | |
| Cardboard Boxes | Unknown | |
| Desks | 2 | |
| 55 Gallon Containers | 2 | |
| Misc Office Supplies | Unknown | |
| Misc Janitorial Supplies | Unknown | |
| Office Files in Boxes | Unknown | |
| Filing Cabinets | 1 | |
| Ladder | 1 | Sectional - Folding |
| Microwave | 1 | |
| Refrigerator | 1 | |
| Chairs | 1 | |
| Clocks | 1 | |
| Phone | 1 | |
| Fire place product in boxes - various sizes | 6 | |
| Misc. Tools | Unknown | |
| Tables | 1 | |
| Misc. solvents, paints, lubricants, cleaners | Unknown | |
| **Office** | | |
| Printer | 3 | Old |
| Processors | 1 | Old |
| Routers | 1 group | Old |
| Misc. Cardboard Boxes | Unknown | |
| 1 Office Desk Set 4 pieces | 1 Set | Old |
| Receptionis Desk Set | 1 Set | Old |
| Phone System | 1 System | Old |
| 1 Office Desk Set 4 pieces | 1 Set | Old |
| Printer and printer table | 1 Set | Old |
| Misc. Office Supplies | Unknown | Old |
| Fire Extinguisher | 1 | |
| 1 Office Desk Set 2 pieces | 1 Set | Old |
| Fan | 1 | Old |
| Grease Boards | 2 | Old |
| Misc Office Supplies | Unknown | Old |
| Shredder | 1 | Old |
| Business paperwork throughout | Unknown | |
| Trade manuals, binders, notebooks | Unknown | |
| Pictures, maps | 3 | Old |
| Chairs | 12 | Old |
| Book shelfs | 2 | Old |

EXHIBIT __A__ PAGE __3__

| | | |
|---|---|---|
| Copier | 1 | Old |
| Filing Cabinets | 6 | Old |
| Round Conference Room Table and Chairs | 1 Set | Old |
| Networking System | 1 System | Old |

**Trucks-Trailers**

Truck/Tractor   1
Ford Aeromax L9000
License - 9B45247
VIN #1FDYY95R5PVA10684

Tractor with Trailer   1
International 4700
VIN # 1HTSCAAM2XH65572
License Plate # 7J02010

Trailer   1   53'
Vin #1L0A5328R1110444
License Plate #

Trailer   1   48'
Vin #1JJV482U4KL124466
License Plate #1WH4530

EXHIBIT A  PAGE 4

| In re: | | CHAPTER: 7 Case |
|---|---|---|
| | SHIPPERS INTERSTATE, INC. | |
| | Debtor(s). | CASE NUMBER: 8:09-bk-16874-RK |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, CA 92626

A true and correct copy of the foregoing document described **CHAPTER 7 TRUSTEE'S NOTICE OF INTENT TO ABANDON ASSETS OF THE ESTATE PURSUANT TO 11 U.S.C. § 554(A)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 4, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **January 4, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 4, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Robert Kwan
U.S. Bankruptcy Corut
411 West Fourth Street
Santa Ana, California 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 4, 2010 | Ann E. Losoya | *Ann E. Losoya* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009       F 9013-3.1
378131.1

| In re: | | CHAPTER: 7 Case |
|---|---|---|
| | **SHIPPERS INTERSTATE, INC.** | |
| | Debtor(s). | CASE NUMBER: 8:09-bk-16874-RK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**BY NOTICE OF ELECTRONIC FILING ("NEF")**

Scott C Clarkson    sclarkson@lawcgm.com
Jeffrey I Golden    ljones@wgllp.com, jgolden@ecf.epiqsystems.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**BY U.S. MAIL**

Shippers Interstate Inc., 29582 Teracina, Laguna Niguel, CA 92677
ALL QUALITY LOGISTICS, 1500 N MCCLINTOCK DR, TEMPLE AZ 85281
~~AMB Inst Alliance, c/o CB Richard, Hicksville, NY 11802~~ **MAIL RETURNED 11/30/09**
AMB Institutional Alliance, 17777 Center Court Drive North, Suite, 100, Cerritos, CA 90703
AMB LNST ALLIANCE, C/O CB RICHARD, 17777 CENTER COUNT DR NORTH, CERRITOS CA 90703
AT&T Long Distance, P.O Box 660688, Dallas, TX 75266
Advance Business Capi, P.O. Box 61028, Dallas, TX 75261
All Quality, 1500 North, Tempe, AZ 85281
Associated Receivables, P.O. Box 16253, Greenville, SC 29606
Best Overnite Express, 406 Live Oak, Baldwin Park, CA 91706
CREST MARK BANK, PO BOX 5935, TROY MI 48007-5935
Cardlock Fuels System, Inc., P O Box 4159, Orange, Ca. 92863
Conway Trans Services, PO BOX 5160, Portland, OR 97208
~~Crest Mark Bank, PO Box 5935~~ **MAIL RETURNED ON 11/24/09**
DK EXPRESS, 10760 WILLOW GLEN, STOCKTON CA 95209-4196
~~DK Express, Stockton, CA 95209~~ **MAIL RETURNED ON 11/23/09**
Daylight Transport, PO Box 93155, Long Beach, CA 90809
First Equity, PO Box 23029, Columbus, GA 31902
GOLDEN ARROW TRANSPORT, 140 SW 51 PLACE, MIAMI FL 33134
    **MAIL RETURNED 11/30/09**
Gourley, Doug, 26 Waverly Road, Reading, MA 01867
~~Gulf Coast Business, Houston, TX 77216~~ **MAIL RETURNED ON 11/25/09**
Gust Express, 755 North Peace, Clovis, CA 93611
~~HAMILTON, 23101 CANYON LANE, CANYON LAKE CA 92587~~ **MAIL RETURNED ON 11/19/09**
Hamilton, 23101 Canyon Lake, Sun City, CA 92587
J&S Truck Service, 2468 S. Park Ave, Pomona, CA 91766
Landstar Ranger, 13410 Sutton Park Dr S, Jacksonville, FL 32224
Longergan, 3982 Jewell Street, San Diego, CA 92109
Matson Integrated, 17314 State HWY 249, Houston, TX 77064
Matson Integrated Logistics, 185 S Meyers Rd Ste 700, Oakbrook Terrace IL 60181
One Way Delivery Inc., PO Box 3903, Santa Fe Springs, CA 90670
PCC Refrigerated Express, 3127 Linden Ave, South Zanesville, OH 43701
PHOENIX CAPITAL GROUP, PO BOX 29818, PHOENIX AZ 85038
~~Phoenix Capital Group, 1606 West, Phoenix, AZ 85085~~ **MAIL RETURNED ON 11/23/09**
Polar Express, PO Box 1414, Brush Prairie, WA 98606
Prudential Overall, PO Box 11210, Santa Ana, CA 92711
R&E Express, 8525 Honeytree Blvd, Canton, MI 48187
RB Capital, LLC, PO Box 1834, Columbus, GA 31902
Roadrunner, 4850 S Pennsylvania, Cudahy, WI 53110
Roadtex Transportation, 600 North Union, Hillside, NJ 07205
SC Fuels, PO BOX 14104, Orange, CA 92863
SCHNEIDER NATIONAL, 3101 PACLERLAND, GREEN BAY WI 54313
SIERRA SPRINGS, 2 STERLING ST, IRVINE CA 92618
~~Schneider National, 3101 Packerland, 54312~~ **MAIL RETURNED 11/30/09**
~~Sierra Springs, Orange, CA 92867~~ **MAIL RETURNED 11/30/09**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
378131.1

F 9013-3.1

| In re: **SHIPPERS INTERSTATE, INC.** Debtor(s). | CHAPTER: 7 Case <br> CASE NUMBER: 8:09-bk-16874-RK |
|---|---|

Silver Star Transport, 15082 SE Diamond Ct, Clackamas, OR 97015
Steve Gourley, 29582 Teracina, Laguna Niguel, CA 92677
Stonegate Transport Inc, 1815 Sheffield Blvd, Houston, TX 77015
Suburban Propane, 535 S Melrose Ave, Placentia, CA 92870
T&M Trucking, PO Box 1915, Snowflake, AZ 85937
Target Transportation, 33-A NYC Term Market, Bronx, NY 10474
Transcentral Inc., 9185 Paysphere, Chicago, IL 60674
Transcore Commercial, Transcore #3801, Philadelphia, PA 19178
Transfleet, 11699 Fenner Road, Perry, MI 48872
Triple A Freight, 1350 East Lexington, Pomona, CA 91766
UC Factors, PO Box 1610, Monrovia, CA 91017
United States Trustee (SA), 411 W Fourth St., Suite 9041, Santa Ana, CA 92701-4593
WELLS FARGO BANK, PAYMENT REMITTANCE CENTER, PO BOX 54349, LOS ANGELES CA 90054-0349
~~Wells Fargo BL, PO Box 29706, Phoenix, AZ 85038~~ **MAIL RETURNED ON 11/23/09**
~~Wells Fargo CC, PO Box 29706, Phoenix, AZ 85038~~ **MAIL RETURNED ON 11/23/09**
YRC, Pasadena, CA 91189
Scott C Clarkson, 3424 Carson St Ste 350, Torrance, CA 90503
INDEPENDENT MANAGEMENT SERVICES, 1572 N. BATAVIA, ORANGE, CA 92867

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
378131.1

F 9013-3.1