DONALD T. FIFE
HAHN FIFE & COMPANY, LLP
790 E. COLORADO BLVD., 9TH FL.
PASADENA, CA 91101
(626) 792-0855 PHONE
(626) 792-0879 FAX

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: <br><br> SHIPPERS INTERSTATE, INC., <br><br> Debtor(s). | Case No. 8:09-bk-16874-RK <br><br> **FIRST AND FINAL FEE APPLICATION OF HAHN FIFE & COMPANY LLP FOR ALLOWANCE OF FEES & EXPENSES FROM NOVEMBER1 9, 2009 THROUGH FEBRUARY 14, 2011; DECLARATION OF DONALD T. FIFE** <br><br> DATE: [TO BE SET] <br> TIME: [TO BE SET] <br> PLACE: [TO BE SET] |

TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE:

## I.

## INTRODUCTION

1. This case commenced on July 10, 2009 pursuant to a voluntary petition filed under Chapter 7 of the Bankruptcy Code by the Debtor, *Shippers Interstate, Inc.* and pursuant thereto, Jeffrey I. Golden was appointed and qualified as the Chapter 7 Trustee.

- 1 -

2. An application for order authorizing Trustee to Employ Hahn Fife & Company LLP as accountants was filed on or about January 8, 2010 with an effective date of November 9, 2009.

## II.

## GENERAL DESCRIPTION OF SERVICE RENDERED

**1. Employment Application**

Time of .50 hour was expended and fees of $167.50 were incurred in drafting Applicant's Employment Application.

**2. Preparation and filing of Income Tax Returns**

Applicant prepared and filed both the Federal and California Corporate tax returns for the fiscal year ended March 31, 2010. The March 31, 2010 tax return is the final return the Trustee will file on the Debtor's behalf, thus releasing the Trustee from further tax filing responsibility and allowing the case to close.

Tax preparation work involved: preparation of trust accounting, search and review of prior tax records, creation of the Debtor's beginning balance sheet, calculation of collection of accounts receivable, analysis and calculation of deductible expenses, and correspondence and communication with the Internal Revenue Service and the Franchise Tax Board, Trustee and other parties.

Applicant expended 2.90 hours and incurred $971.50 in fees in connection with tax preparation and processing services.

**3. Fee Application Preparation**

Time of .50 hour was expended and fees of $180.00 were incurred in drafting of the herein First and Final Fee Application for Reimbursement of Fees and Expenses.

**4. Benefits of Applicant's Work**

Applicant's services have been beneficial to the estate as the case cannot be closed without the preparation and filing of income tax returns.

5. **Ability to Pay Administrative Expenses**

Currently there is approximately $9,000.00 available to pay administrative expenses.

## III.

## COMPENSATION FOR PROFESSIONAL SERVICES

Attached hereto as Exhibit "A" is a true and correct copy of the applicant's billing statement, which details time and expenses relevant to this application. Pursuant to Bankruptcy Rule 2016, Donald T. Fife hereby declares that no agreement or understanding was made between Applicant and any other entity for the sharing of the compensation received, or to be received, for services rendered in connection with this case.

## IV.

## COSTS INCURRED

1. **Shipping and Delivery Expense**

Applicant incurred $77.10 in postage. Applicant's policy is to use messengers only when sending important documents and when time is of the essence. Postage is charged only when multiple envelopes are being mailed at the same time. In the event of a multiple mailing, postage will be charged at costs and is accounted for the Applicant's mailing room.

2. **Photocopying**

Applicant incurred $68.80 in photocopying. Applicant charges $0.10 per page based on machinery and labor costs associated with such copying. Photocopying costs were incurred in connection with the preparation and filing of fee application(s) and notice(s) incident thereto, as well as the preparation and filing of the Federal and State tax returns.

3. **Tax Processing**

Applicant uses Lacerte Tax Software to prepare and file tax returns. Applicant is charged $55 for each year he prepares a corporate tax return. For the one year, Applicant was charged $55.00.

V.

## CONCLUSION

WHEREFORE, Applicant requests that the Court issue an order awarding fees and costs incurred for the period November 9, 2009 through February 14, 2011. Applicant's fees for services incurred during said period total $1,319.00, and unreimbursed costs total $200.90. Applicant further requests that the Court authorize the Trustee to disburse $1,519.90 in total fees and costs.

Dated: 2-16-11

DONALD T. FIFE
HAHN FIFE & COMPANY LLP

- 4

## DECLARATION OF DONALD T. FIFE

I, DONALD T. FIFE, do hereby declare:

1. I am a certified public accountant duly licensed to practice in the State of California.

2. I have personal knowledge of the facts herein and if called upon to testify as a witness, I could and would competently testify as thereto.

3. I am the designated professional responsible for assuring compliance with the Office of the United States Trustee Guidelines related to billing. I have reviewed the herein First and Final Fee Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") and I believe that all of the facts set forth herein are true and correct to comply with all applicable national and local bankruptcy rules.

4. The fee application herein complies with the United States Trustee Fee Guide.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed this 16TH day of FEBRUARY, 2011 at Pasadena, California.

DONALD T. FIFE
HAHN FIFE & COMPANY, LLP

- 5

Case 8:09-bk-16874-RK    Doc 20    Filed 02/17/11    Entered 02/17/11 13:26:57    Desc
Main Document    Page 6 of 8

## DETAILED SUMMARY OF FEES & EXPENSES

| STAFF | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **EMPLOYMENT APPLICATION** | | | |
| Donald T. Fife | $335.00 | 0.50 | $ 167.50 |
| **TAX PREPARATON** | | | |
| Donald T. Fife | $335.00 | 2.90 | $ 971.50 |
| **FEE APPLICATION** | | | |
| Donald T. Fife | $360.00 | 0.50 | $ 180.00 |
| | | **TOTAL FEES** | $1,319.00 |

**EXPENSES**

| | |
|---|---|
| Postage | $ 77.10 |
| Photocopying | $ 68.80 |
| Lacerte Tax Processing | $ 55.00 |
| **TOTAL EXPENSES** | $ 200.90 |
| **TOTAL FEES AND EXPENSES REQUESTED** | $1,519.90 |

# JEFFREY GOLDEN, TRUSTEE
## BILLING DETAIL FOR PERIOD 11/09/09 TO 02/14/11

### SHIPPERS INTERSTATE - EMPLOYMENT APPLICATION

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/09/09 | Donald T. Fife | Draft employment application | 0.50 | 167.50 |

### SHIPPERS INTERSTATE – TAX PREPARATION

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/28/10 | Donald T. Fife | Preparation of state and federal income tax returns. Compile activity. Prepare accompanying notes | 2.90 | 971.50 |

### SHIPPERS INTERSTATE – FEE APPLICATION

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 02/14/11 | Donald T. Fife | Draft first and final fee application. | 0.50 | 180.00 |
| | | **TOTAL:** | 3.90 | **$1,319.00** |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
790 E. COLORADO BLVD., 9TH FLOOR, PASADENA, CA 91101

A true and correct copy of the foregoing document described as FIRST & FINAL FEE APPLICATION OF HAHN FIFE & COMPANY, LLP FOR ALLOWANCE OF FEES AND EXPENSES FROM 11/9/09 THRU 2/14/11

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2·17·11, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Scott C Clarkson — sclarkson@lawcgm.com
Jeffrey I Golden — ljones@wgllp.com, jgolden@ecf.epiqsystems.com
U S Trustee Office — ustpregion16.sa.ecf@usdoj.gov
Gilbert B Weisman — notices@becket-lee.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 2·17·11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert N. Kwan / US Bankruptcy Court / 411 W. Fourth St., #5165 / Santa Ana, CA 92701
Shippers Interstate Inc. / 29582 Teracina / Laguna Niguel, Ca 92677

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2·17·11 | Martha Quintero | *Martha Quintero* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                    F 9013-3.1.PROOF.SERVICE